# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Delvon Jackson, | Case No. 2:24-cv-01978-CDS-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Tesla Motors, Inc., et al., | |
| Defendants. | |

Plaintiff submitted initiating documents to this Court but did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. ECF No. 1.

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, he must do so.

IT IS ORDERED that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that by November 21, 2024, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: October 24, 2024

_____
Brenda Weksler
United States Magistrate Judge