UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Delvon Jackson,<br><br>                    Plaintiff<br><br>   v.<br><br>Tesla Motors, Inc., et al.,<br><br>                    Defendants | Case No.: 2:24-cv-01978-CDS-BNW<br><br>Order Denying Plaintiff's Motion for Entry of Default and Motion for Default Judgment<br><br>[ECF Nos. 10, 11] |

   Plaintiff Delvon Jackson, proceeding pro se, initiated this action against defendants Tesla Motors, Inc., Harco National Insurance Company, and International Fidelity Insurance Company without paying the filing fee or filing an application to proceed *in forma pauperis* (IFP). ECF No. 1. Therefore, United States Magistrate Judge Brenda Weksler ordered Jackson to complete an application or pay the filing fee. Order, ECF No. 3. Jackson ultimately complied by submitting an IFP application on December 10, 2024. IFP, ECF No. 5. Now, Jackson moves for the entry of default and default judgment against Tesla Motors, Inc. ECF No. 10, 11. But because Jackson's motions are premature, they are denied.

I.   Discussion

   Under 28 U.S.C. § 636, magistrate judges are assigned the responsibility of screening IFP complaints to alleviate the burden on the federal judiciary. 28 U.S.C. § 636(b)(1)(A). All complaints filed with an IFP application are screened under 28 U.S.C. § 1915(e) to weed out claims and cases that are frivolous, seek unauthorized relief, or fail to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) ("[S]ection 1915(e) applies to all in forma pauperis complaints, not just those filed by prisoners."). The court has not yet screened Jackson's complaint; therefore, no defendant has been served and no responsive pleading is due. *Cranford v. Smith*, 2013 WL 6503301, at *1–2 (E.D.

Cal. Dec. 11, 2013) (denying plaintiff's motion for default judgment as premature because defendant had not yet been served). Jackson is advised that until the magistrate judge issues an order, or a report and recommendation, upon screening the complaint, default is procedurally premature.

II. Conclusion

IT IS THEREFORE ORDERED that Jackson's motion for entry of default and motion for default judgment **[ECF Nos. 10, 11] are DENIED as premature.**

Dated: May 27, 2025

_____
Cristina D. Silva
United States District Judge