**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Delvon Jackson, | Case No. 2:24-cv-01978-CDS-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| Tesla Motors, Inc., et al., | |
| Defendants. | |

Plaintiff submitted initiating documents to this Court. ECF No. 1. Plaintiff did not pay the filing fee for this case or file a *rule-complaint* application to proceed in forma pauperis. 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. Instead, he provided a declaration regarding his inability to pay the fee.

**IT IS ORDERED** that his Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 5) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

**IT IS FURTHER ORDERED** that by July 16, 2025, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the fee for a civil action. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed.

DATED: June 18, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE