# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Delvon Jackson,<br><br>               Plaintiff,<br><br>   v.<br><br>Tesla Motors, Inc., et al.<br><br>               Defendants. | Case No. 2:24-cv-01978-CDS-BNW |

Before this Court is pro se Plaintiff's application to proceed *in forma pauperis*. ECF No. 14. Plaintiff's applications lists one Tesla (2020 Model 3), while his complaint alleges he owns two Teslas (a 2020 Model 3 and a 2021 Model 3). As a result, his application is denied without prejudice. Plaintiff shall have until October 14, 2025, to file an application that accounts for all of his property.

**IT IS ORDERED** that his Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 14) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court must send Plaintiff the approved form application to proceed in forma pauperis, as well as the document titled "Information and Instructions for Filing an In Forma Pauperis Application."

**IT IS FURTHER ORDERED** that by October 14, 2025, Plaintiff must either: (1) file a complete application to proceed in forma pauperis in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the fee for a civil action. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed.

DATED: September 24, 2025

                                                                         Brenda Weksler<br>
                                                                         United States Magistrate Judge